HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY P. KEYTER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C08-5509RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the transfer of this case to this Court from the District of Delaware. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Based on this Court's ruling in *Anthony P. Keyter v. United States of America*, C08-5235RBL ("If plaintiff attempts to file in this Court any other action arising from the divorce action or if a matter is transferred to this Court from another District raising this subject matter, it will be summarily dismissed[]"), this case is **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1